**Order filed February 8, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00472-CV**

———————

**CURTIS TYLER, Appellant**

**V.**

**TORCSILL FOUNDATIONS LLC, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-07582**

---

## ORDER

The reporter's record in this case was due January 31, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda King, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.